**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KYRANE WILLIAMS                                                                                         PLAINTIFF

v.                                          3:16CV00177-KGB-JJV

DELL COOK, Sheriff, Mississippi
County Detention Center; *et al.*                                                                   DEFENDANTS

## ORDER

Pending is Plaintiff's Complaint (Doc. No. 2). Mail sent on July 14, 2016, by the Clerk of Court to Plaintiff has been returned as undeliverable. Pursuant to Local Rule 5.5(c)(2), a *pro se* plaintiff must promptly notify the Clerk of the Court and the other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. If any communication from the Court is not responded to within thirty days, the case may be dismissed without prejudice. Accordingly, Plaintiff shall comply with Local Rule 5.5 within thirty days of the entry of this Order or I will recommend dismissal of this case. This Order will be sent to Plaintiff's last known address.

IT IS SO ORDERED this 26th day of July, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE