**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KYRANE WILLIAMS**                                                              **PLAINTIFF**

**v.**                                     **Case No. 3:16-cv-00177-KGB-JVV**

**DELL COOK, Sheriff, Mississippi
County Detention Center; *et al.***                                   **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 7). Plaintiff Kyrane Williams has not filed any objections to the Proposed Findings and Recommendations, and the time to do so has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. It is, therefore, ordered that Mr. Williams's complaint is dismissed without prejudice (Doc. No. 1).

Dated this 20th day of December, 2016.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE