IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KYRANE WILLIAMS**                                                                                                  **PLAINTIFF**

v.                              Case No. 3:16-cv-00177-KGB-JVV

**DELL COOK, Sheriff, Mississippi
County Detention Center;** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

Dated this 20th day of December, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE